# United States District Court
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF ) | SEIZURE WARRANT |
| ) | CASE NUMBER MC 05-00130 |
| (1) United States currency in ) | |
| Account # 603216342, held in the name of ) | |
| ZHENG, Ming Yan, Bank of Hawaii, ) | FILED |
| Saipan, CNMI ) | Clerk |
| ) | District Court |
| (2) United States currency in ) | |
| Account # 03-000043, held in the name of ) | SEP 21 2005 |
| Greate Corporation, City Trust Bank, ) | |
| Saipan, CNMI; ) | For The Northern Mariana Islands |
| ) | By_____ |
| (3) 2005 Toyota Sequoia, CNMI tag # ) | (Deputy Clerk) |
| ADM-351, VIN 5TDBT44A75S238071, ) | |
| registered to ZHENG, Ming Yan ) | |
| ) | |

TO: **Special Agent James T. Barry of the FBI** and any authorized officer of the United States:

Affidavit(s) having been made before me by **Special Agent James T. Barry of the FBI** who has reason to believe that in the District of the Northern Mariana Islands there is now certain property which is subject to forfeiture to the United States, namely
   **See attachment A**

which is subject to seizure and forfeiture under 18 U.S.C. § 981(b) and 21 U.S.C. § 853(f)

concerning a violation of Title 18 United States Code, Section(s) 2314, 2421

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant, and that an order under 21 U.S.C. § 853(e) may not be sufficient to assure the availability of the property for forfeiture.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

**Date and Time Issued**

Alex R. Munson, United States District Judge
**Name and Title of Judicial Officer**

at _Saipan, CNMI_                                            _/s/ Alex R. Munson_
    City and State                                            Signature of Judicial Officer

**Attachment A**

(1) United States currency in Account # 603216342, held in the name of ZHENG, Ming Yan, Bank of Hawaii, Saipan, CNMI

(2) United States currency in Account # 03-000043, held in the name of Greate Corporation, City Trust Bank, Saipan, CNMI;

(3) 2005 Toyota Sequoia, CNMI tag # ADM-351, VIN 5TDBT44A75S238071, registered to ZHENG, Ming Yan





**TRADERS INSURANCE UNDERWRITERS INC.**
P.O. Box 502473 Saipan MP 96950
Tel. No. (670) 234-7788 / 234-7799 • Fax No. (670) 234-8899

Name of Insured: Ming Y. Zheng
Policy Number: A - 1283
Eff. Date: 01/27/2005   Expiry Date: 01/27/2006
VEHICLE: 2005 TOYOTA SEQUOIA 4x4 SR5
VEHICLE ID Number: 5TDBT44A75S238071
L/P No. _____   Color: BEIGE   Broker: _____

ANA D. SALINAS
/ Authorized Signature

"This insurance complies with PL 11-55."

---

53137

**Government of the Northern Mariana Islands**
**Department of Public Safety**
**Bureau of Motor Vehicle**

MOTOR VEHICLE REGISTRATION

LOG NUMBER: R83439
RECEIPT NUMBER: 01196606
STATE OF ISSUE: MP
ISSUE DATE: 01/31/05
RENEWAL DATE: 01/31/06

| LICENSE PLATE NUMBER | STICKER NUMBER | YEAR | MAKE | MODEL | BODY STYLE | COLOR | WEIGHT |
|---|---|---|---|---|---|---|---|
| ADM351 | 01505 | 5 | TOYO | SEQUOIA | PSZW | BEIG | 6700 |

VEHICLE IDENTIFICATION NUMBER (VIN) / BODY SERIAL NUMBER: 5TDBT44A75S238071
ENGINE SERIAL NUMBER: 0926518
CYLINDER: 8
CAPACITY: 8

OTHER IDENTIFYING CHARACTERISTICS / INSURED BY: TRADERS INS. POL.#A-1283  EXP:01/27/2006

REGISTERED OWNER - 1: MING Y ZHENG
REGISTERED OWNER - 2 (if any):
ADDRESS: PMB 452 BOX 10003 GUALO RAI
CITY: SAIPAN
STATE: MP
ZIP CODE: 96950

LIENHOLDER/REGISTERED OWNER (S): FIRST HAWAIIAN BANK

**IMPORTANT**

PLATES - Plates assigned to vehicles described on face hereof are non-transferable and expires midnight one year after registration.

REGISTRATION CARD - This Registration Card shall be assigned by the owner and shall be fully displayed in plain sight in the driver's compartment of the vehicle described on face hereof.

TRANSFER OF OWNERSHIP - Upon the sale of the vehicle described on the face hereof this Registration Card and the Certificate of Ownership properly endorsed shall be delivered to the buyer. The seller shall notify the Department of Public Safety, Bureau of Motor Vehicle of the sale, giving the date of sale, the name and address of the buyer and the make, engine and license number of the vehicle. The buyer, before operating or permitting the operation of the vehicle upon the highway, shall apply and obtain the registration thereof as an original registration.

REMOVAL OF LEGAL OWNER - Upon completion of payments to a bank, finance company or other legal owner, the owner shall present the Certificate of Ownership and Registration Card to the Department of Public Safety, Bureau of Motor Vehicle for removal of the legal owner's name.

RENEWAL OF REGISTRATION - Renewal date appears on the front of this registration card.

FOR EXAMPLE - Register Date: January 1996   Renewal Date: January 1997 *(within the month of expiration)*

SIGNATURE OF COMMISSIONER OF PUBLIC SAFETY / DESIGNEE
Capt. Pedro C. Muna

SIGNATURE OF REGISTERED OWNER

**REGISTRANT'S COPY**    Rev. (08/97)